UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRASNY OKTYABR, INC., (a/k/a RED OCTOBER),

                      Plaintiff,

-against-

ROYAL SWEET BAKERY, INC., MIKHAIL YUSUM, and "JOHN DOE" DEFENDANTS 1-10, being the remaining principals, officers, directors and stockholders of the corporate defendant,

                      Defendants.
------------------------------------------------------------------X

PARTIAL VACATUR OF NOTATION OF DEFAULT
05-CV- 3021 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 10 2006 ★
BROOKLYN OFFICE

      The Clerk's Notation of Default signed on August 4, 2005 and filed and docketed on August 5, 2005 is vacated pursuant to Rule 60(a) F. R. Civ. P. for clerical error and to the extent that the Notation noted a defendant regarding service of a copy of the complaint. In all other respects, the Notation of Default remains in effect.

Dated: Brooklyn, New York
       March 10, 2006

                                             s/Robert C. Heinemann
                                             ROBERT C. HEINEMANN
                                             Clerk of Court